■ DANIEL J. PAUL, Respondent, v RYAN HOMES, INC., Appellant and Third-Party Plaintiff. COLOR COATINGS, INC., Third-Party Defendant-Appellant. (Appeal No. 1.) [773 NYS2d 336]— Appeals from an order of the Supreme Court, Erie County (Peter J. Notaro, J.), entered March 19, 2003. The order denied defendant's motion and third-party defendant's cross motion for summary judgment and granted plaintiff's cross motion for partial summary judgment on liability on the Labor Law § 240 (1) cause of action.

It is hereby ordered that said appeals be and the same hereby

are unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Gorski and Lawton, JJ.